CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 09 2005

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KELLY M. AYLOR, <br><br> *Plaintiff,* <br><br> v. <br><br> JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant.* | CIVIL ACTION NO. 3:04CV00078 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

By standing order of the Court, this case was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on July 20, 2005, recommending that this Court reverse the Commissioner's final decision which denied the plaintiff's claim for benefits and remand the case to the Commissioner for further proceedings at the final two levels of the sequential evaluation.

After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's report in its entirety.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United States Magistrate Judge filed July 20, 2005, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

8/9/05
Date